

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2019

No. 04-18-00513-CR

Anna **GARZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10615
Honorable Ron Rangel, Judge Presiding

# O R D E R

After appointed appellate counsel passed away, this court ordered the appeal abated and remanded to the trial court for appointment of new counsel. In accordance with our order, the trial court appointed new appellate counsel, Dante E. Dominguez.

Mr. Dominguez has filed what is entitled "Appellant's Unopposed Motion for Leave to File Reply Brief." However, in the motion, it appears he is not asking for time to file a reply brief in response to the State's brief, but to have thirty days to review the record and determine whether other issues should be raised in addition to those raised in the original brief filed by former appellate counsel. The clerk's office of this court contacted Mr. Dominguez to determine the intent of his motion. Mr. Dominguez advised the clerk's office he intended to ask this court for thirty days in which to file a supplemental brief if his review of the record determined it is necessary. Accordingly, we interpret his motion as a request for thirty days to determine whether he should file a supplemental brief raising issues in addition to those raised in the original brief and to file any such brief.

Based on the substance of the motion and Mr. Dominguez's clarification, we **GRANT** his motion and **ORDER** Mr. Dominguez to file any supplemental brief in this court **on or before June 12, 2019. If no supplemental brief is filed on or before June 12, 2019, the appeal will be determined on the previously filed briefs.** If a supplemental brief raising additional issues is filed on or before June 12, 2019, the State will have thirty days to file a brief in response to the supplemental brief.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2019.



_____

KEITH E. HOTTLE,

Clerk of Court